STATE OF NEW JERSEY, EX REL. FRANCES HART, RE-SPONDENT, v. HAROLD P. SCHOONMAKER, APPELLANT.

Argued May 19, 1936—Decided October 2, 1936.

For the respondent, *Meyer Lobsenz.*

For the appellant, *John D. Masterton (Archibald Kreiger,* of counsel).

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Case, Bodine, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, JJ. 10.

*For reversal*—None.